# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:13-CR-293-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| GLENTAVIS MCCOREY ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion To Adopt Motion To Dismiss Based On Outrageous Law Enforcement Conduct Filed By CoDefendant" (Document No. 83) filed August 28, 2014. Having carefully reviewed the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion To Adopt Motion To Dismiss Based On Outrageous Law Enforcement Conduct Filed By CoDefendant" (Document No. 83) is hereby **GRANTED**.

Signed: August 28, 2014

David C. Keesler
United States Magistrate Judge