# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cr-00293-MOC-2

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| vs. | )<br>) **ORDER** |
| **GLENTAVIS McCOREY,** | )<br>) |
| **Defendant**. | )<br>) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Parole Termination. (Doc. No. 231).

## ORDER

**IT IS, THEREFORE, ORDERED** that within **20 days** the Government shall file a response to Defendant's motion.

Signed: April 20, 2021

Max O. Cogburn Jr
United States District Judge