UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-293-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GLENTAVIS MCCOREY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion for Early Termination of Probation/Supervised Release. The Government opposes the motion. Mr. McCorey's term of supervision is currently due to expire on February 25, 2022. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

Defendant's Motion for Early Termination of Supervision (#231) is **DENIED** for the reasons stated in the Government's response in opposition and in its supplemental brief. (#233). Mr. McCorey does not meet the criteria for early termination set forth by the U.S. Probation Office. According to SUSPO Kemp, while Mr. McCorey has remained arrest free during his supervision term, he has committed numerous technical violations of his conditions including failure to report for code-a-phone drug testing on at least eight (8) separate occasions; failure to make himself available for mental health and psychiatric appointments on several locations; a positive urine screen for marijuana on July18, 2019; submission of at least 12 diluted urine samples; and admission of Hydrocodone use (without a valid prescription) in November 2020.

Accordingly, both the U.S. Attorney's Office and the U.S. Probation Office have recommended that Mr. McCorey remain on supervised release through his expiration date. It appears as through Mr. McCorey is someone who will benefit from the direction and assistance in making positive life choices that he will receive from the USPO while under supervision. If additional noncompliance occurs, The U.S. Probation Office has stated that it will consider punitive sanctions or revocation proceeding, if appropriate.

In sum, for all these reasons, Defendant's pro se Motion for Early Termination of Supervised Release (#231) is **DENIED**.

Signed: June 1, 2021

Max O. Cogburn Jr
United States District Judge